UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL KREG SHEPPARD,<br><br>    DEBTOR,<br><br>_____<br><br>NATIONWIDE JUDGMENT RECOVERY, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL KREG SHEPPARD,<br><br>    Defendant. | CASE NO. 20-02895-5-DMW<br>CHAPTER 13<br><br><br><br><br><br>ADVERSARY PROCEEDING NO.<br>20-00135-5-DMW |

### PRE-ANSWER MOTION TO DISMISS COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

NOW COMES Defendant Michael Kreg Sheppard, by and through undersigned counsel and moves the Court, prior to the time to answer the Complaint, and pursuant to Bankruptcy Rule 7012(b)(6) incorporating Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint as it fails to state a claim upon which relief may be granted.

In support of the foregoing Motion, Defendant offers his Memorandum of Law in Support of Defendant's Motion to Dismiss filed contemporaneously with this Motion to Dismiss.

WHEREFORE, Defendant respectfully requests that the Court enter an Order including the following relief:

A.  That Plaintiffs' Complaint be dismissed in its entirety; and

B.  That Defendant have such other and further relief as is just and proper.

Respectfully submitted this the 25th day of January, 2021.

                                                SASSER LAW FIRM

                                                By: s/ Travis Sasser
                                                Travis Sasser, State Bar No. 26707
                                                2000 Regency Parkway, Suite 230
                                                Cary, N.C. 27518
                                                Tel: 919-319-7400
                                                Fax: 919-657-7400

## CERTIFICATE OF SERVICE

I, Travis Sasser of Cary, NC, certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on the date stated, I served copies of the foregoing Motion, postage prepaid, U.S. regular, first class Mail, enclosed in an envelope properly addressed to the persons and entities listed below:

Mark A, Pinkston
Attorney for Plaintiff
***Served Electronically***

John F. Logan
Chapter 13 Trustee
***Served Electronically***

Marjorie K. Lynch
Bankruptcy Administrator
***Served Electronically***

Michael Kreg Sheppard
7009 Marsham Way
Wake Forest, NC 27587

I certify under penalty of perjury that the foregoing is true and correct.

This the 25th day of January, 2021.

                                              SASSER LAW FIRM

                                              By: s/ Travis Sasser
                                              Travis Sasser, State Bar No. 26707
                                              2000 Regency Parkway, Suite 230
                                              Cary, N.C. 27518
                                              Tel: 919-319-7400
                                              Fax: 919-657-7400